DENNIS MC CORMICK, GENERAL ADMINISTRATOR, *ETC.*, PLAINTIFF - RESPONDENT, v. MATCO TRANSPORTATION, INC., DEFENDANT-PETITIONER.

*Messrs. Harth & Enright* for the petitioner.

*Mr. Francis Sorin* for the respondent.

April 30, 1968. Denied.